**Fill in this information to identify the case:**

Debtor 1: Ruben William Avila

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 14 B 07526

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[✓] **Denied.** The debtor must pay the $306 filing fee according to the following terms:

| | You must pay… | On or before this date… |
|---|---|---|
| $ | 76.50 | 04/03/2014 |
| $ | 76.50 | 05/02/2014 |
| $ | 76.50 | 06/02/2014 |
| + $ | 76.50 | 07/02/2014 |
| **Total** $ | 306.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____
Month / day / year                                            Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

03/05/2014                    By the court: *Pamela S Hollis*
Month / day / year                                    United States Bankruptcy Judge

CERTIFICATE OF SERVICE

Case Number:   14 B 07526
Case Name:     Ruben William Avila

I, Althea Askew, Relief Courtroom Deputy to the Honorable Pamela S. Hollis, do hereby certify that on the 5th day of March, 2014, I caused to be served via First Class Mail (**) or via the Court's Electronic Notification a true and correct copy of:

Order Denying Debtor's Application To Have The Chapter 7 Filing Fee Waived Dated March 5, 2014

to each of the following named individuals:

**Ruben William Avila** (**)
9734 Avenue L
Chicago, IL 60617

**Phillip D. Levey**
2722 North Racine Avenue
Chicago, IL 60614

**Patrick S. Layng**
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

_____
Althea Askew
Relief Courtroom Deputy